# EXHIBIT A

# Hermes Press

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STK460149 | DARK SHADOWS ORIGINAL SERIES S | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 957 |
| STL189777 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 911 |
| STK442299 | DARK SHADOWS ORIGINAL SERIES S | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 805 |
| STL204551 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 679 |
| STL153207 | DETHANY AND THE OTHER CLIQUE G | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 642 |
| STL351675 | MANDRAKE THE MAGICIAN COMP DAI | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 635 |
| STL204552 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 628 |
| STL273094 | DARK SHADOWS COLORING BOOK (C: | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 610 |
| STL189776 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 572 |
| STL184265 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 541 |
| STL179089 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 535 |
| STL172562 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 513 |
| STL204553 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 506 |
| STL274543 | DARK SHADOWS PAPERBACK LIB NOV | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 498 |
| STL141868 | HOW TO ALIENATE FRIENDS & AVOI | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 496 |
| STL159147 | POPEYE MASTERWORK OF THE MEDIU | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 493 |
| STL161753 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 484 |
| STL169547 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 482 |
| STL234615 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 479 |
| STL172564 | BEAR WITH ME HC (RES) (C: 0-1- | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 478 |
| STL204554 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 468 |
| STL175912 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 465 |
| STL220963 | MANDRAKE THE MAGICIAN COMP DAI | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 462 |
| STL186939 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 458 |
| STL162657 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 446 |
| STL175915 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 444 |

56219050.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL164280 | DARK SHADOWS PAPERBACK LIB NOV | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 444 |
| STL179090 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 439 |
| STL166854 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 437 |
| STK656177 | PHANTOM #3 (OF 6) | 5114 | HERMES PRESS | 1 | COMICS | 421 |
| STL184266 | DARK SHADOWS PB LIB NOVEL VOL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 417 |
| STL184214 | BEST OF JOHN BUSCEMA ROY ROGER | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 394 |
| STL009828 | ART OF JIM DAVIS GARFIELD REG | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 384 |
| STL327905 | JOHNNY HAZARD DAILIES HC VOL 1 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 378 |
| STL265100 | PHANTOM COMP DAILIES HC VOL 27 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 349 |
| STL290471 | JOHNNY HAZARD DAILIES HC VOL 1 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 349 |
| STL164418 | JOHNNY HAZARD DAILIES HC VOL 0 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 336 |
| STL215023 | ABBY CURLED UP & ON ROLL HC | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 329 |
| STL159038 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 325 |
| STL300883 | PHANTOM COMP DAILIES HC VOL 32 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 324 |
| STL162658 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 323 |
| STL286304 | PHANTOM COMP DAILIES HC VOL 31 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 319 |
| STL156438 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 315 |
| STL304680 | DARK SHADOWS COMP NEWSPAPER ST | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 306 |
| STL085187 | PHANTOM COMP AVON NOVELS VOL 0 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 295 |
| STL327906 | MANDRAKE THE MAGICIAN COMP DAI | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 293 |
| STL122540 | LIFE AND ART OF MORT WALKER SU | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 288 |
| STK457315 | DARK SHADOWS BEST OF ORIGINAL | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 284 |
| STL144499 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 280 |
| STL125018 | GLADYS PARKER LIFE IN COMICS P | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 278 |
| STL342059 | PHANTOM COMP DAILIES HC VOL 33 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 275 |
| STL277380 | PHANTOM COMP DAILIES HC VOL 30 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 268 |
| STL159037 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 263 |
| STK363422 | JOE CHIODO DRAWINGS AND PAINTI | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 263 |
| STL147147 | JOHNNY HAZARD DAILIES HC VOL 0 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 257 |
| STL164279 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 249 |
| STL156437 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 247 |
| STL144498 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 247 |
| STL273092 | JOHNNY HAZARD DAILIES HC VOL 1 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 245 |
| STK640513 | SCRATCH9 CAT OF NINE WORLDS #1 | 5114 | HERMES PRESS | 1 | COMICS | 245 |
| STL153204 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 235 |
| STL144497 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 229 |
| STL119890 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 222 |

56219050.1 09/08/2025

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL082142 | WALT KELLY PETER WHEAT COMP SE | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 213 |
| STL012475 | SENTIENT #1 VAR CVR | 5114 | HERMES PRESS | 1 | COMICS | 200 |
| STK436056 | DARK SHADOWS COMP SERIES HC VO | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 188 |
| STK347778 | WORLDS OF MATT BUSCH SC (C: 0- | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 183 |
| STL110572 | MOTHER GOTH RHYMES (C: 0-1-0) | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 179 |
| STL048181 | PHANTOM PRESIDENT KENNEDYS MIS | 5114 | HERMES PRESS | 1 | COMICS | 179 |
| STL268838 | PHANTOM GOLD KEY YEARS HC VOL | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 169 |
| STL161754 | DARK SHADOWS COMP SERIES HC VO | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 169 |
| STL119891 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 163 |
| STK336602 | JOE CHIODO ARTWORK SHAPE COLOR | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 157 |
| STK438114 | BRENDA STARR REPORTER STRIPS V | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 153 |
| STL085186 | PHANTOM COMP AVON NOVELS VOL 1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 140 |
| STL087777 | NUKE EM CLASSIC COLD WAR COMIC | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 114 |
| STK434060 | MY FAVORITE MARTIAN COMP SERIE | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 110 |
| STL058686 | PHANTOM COMP AVON NOVELS VOL 0 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 105 |
| STL211256 | DORIS DAY IMAGES OF A HOLLYWOO | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 94 |
| STL193176 | GROWERS JOURNAL (MR) (C: 0-1-1 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 82 |
| STL273093 | PHANTOM COMP DAILIES HC VOL 29 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 73 |
| STL079935 | JOHNNY HAZARD DAILIES HC VOL 0 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 72 |
| STL231409 | FRANK THORNES COMP IRON DEVIL | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 71 |
| STK617531 | SCRATCH9 #2 CAT TAILS | 5114 | HERMES PRESS | 1 | COMICS | 66 |
| STL193166 | PHANTOM COMP DAILIES HC VOL 23 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 63 |
| STL179091 | PHANTOM COMP DAILIES HC VOL 22 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 63 |
| STL042116 | SLAVES FOR GODS GN PX ED VOL 0 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 63 |
| STL161755 | IF UR STABBY HC (RES) (C: 0-1- | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 60 |
| STL148053 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 51 |
| STL153205 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 43 |
| STL148051 | DARK SHADOWS PAPERBACK LIBRARY | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 39 |
| STK416004 | CREATORS OF THE SUPERHEROES DL | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 39 |
| STL068140 | PHANTOM COMP AVON NOVELS VOL 0 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 36 |
| STL265101 | PHANTOM COMP DAILIES HC VOL 28 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 31 |
| STL236911 | PHANTOM COMP DAILIES HC VOL 26 | 5114 | HERMES PRESS | 3 | BOOKS - GRAPHIC NOVELS | 29 |
| STK675452 | BABES IN ARMS WOMEN IN COMICS | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 3 |
| STL064902 | PHANTOM COMP AVON NOVELS VOL 0 | 5114 | HERMES PRESS | 4 | BOOKS - NOVELS/SF/HORROR | 1 |